DUBUC v. LAZELL, DALLEY & CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Stanislas Dubuc against Lazell, Dalley & Co. No opinion. Motion granted. Question to be certified on settlement of order.

DUMAR, Appellant, v. WITHERBEE, SHERMAN & CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Josephine Dumar, as administratrix, etc., against Witherbee, Sherman & Co.

PER CURIAM. Judgment affirmed, with costs. See 84 N. Y. Supp. 669.

PARKER, P. J., and CHASE, J., dissent.

EARL, Appellant, v. HELD, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Julia D. Earl against R. Johnson Held. L. J. Morrison, for appellant. E. L. Tamblyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EARLE, Appellant, v. UNITED STATES MORTGAGE & TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Henry M. Earle against the United States Mortgage & Trust Company and others. H. Hasbrouck, for appellant. F. B. Jennings, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

ELDRIDGE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Emma Eldridge against the Metropolitan Street Railway Company. B. H. Ames, for appellant. P. D. Trafford, for respondent. No opinion. Judgment and order affirmed, with costs.

ELECTRIC BOAT CO., Appellant, v. HOWEY, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by the Electric Boat Company against William J. Howey. N. G. Johnson, for appellant. E. T. McLaughlin, for respondent. No opinion. Judgment affirmed, with costs. See 89 N. Y. Supp. 210.

ELLENBOGEN, Respondent, v. S. C. BECKWITH SPECIAL AGENCY et al., Appellants. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Samuel K. Ellenbogen against the S. C. Beckwith Special Agency and others. From a judgment for plaintiff, defendants appeal. Reversed in part. Frank A. Hutson, for appellants. Abraham A. Joseph, for respondent.

PER CURIAM. The execution of the undertaking by the S. C. Beckwith Special Agency was not properly proven, and the judgment as against that defendant must be reversed, and a new trial granted, with costs to abide the event. There was legal proof of execution by the sureties, and the judgment against them must be affirmed, with costs.

ELLIS et al., Appellants, v. TOWN OF PELHAM, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Augustus V. H. Ellis and Henry M. Hunter against the town of Pelham. No opinion. Motion to resettle order granted, and order signed.

ELY et al., Respondents, v. DUMONT, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Elizabeth B. Ely and others against Charles W. Dumont. A. S. Bacon, for appellant. J. A. B. Cowles, for respondents. No opinion. Judgment and order affirmed, with costs.